

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:             01-11-00704-CV

Style:                      B.H. v. Department of Family and Protective Services

Date motion filed[*]:       February 14, 2014

Type of motion:        Motion for extension of time to file brief

Party filing motion:     Appellant

Document to be filed:    Brief

Is appeal accelerated?    Yes

If motion to extend time:
      Original due date:              October 2, 2013
      Number of previous extensions granted:   1           Current Due date:  February 13, 2014
      Date Requested:            N/A

Ordered that motion is:

    ☑        Granted

               If document is to be filed, document due:  March 17, 2014

               ☑  Absent extraordinary circumstances, the Court will not grant appellant additional motions to extend time

    ☐        Denied

    ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐        Other: _____

    **Appellant requests an extension of time to file her brief. We grant appellant's motion for extension of time and order appellant's brief to be filed no later than March 17, 2014. Due to the previous delays in this appeal, no further extensions of time to file appellant's brief will be granted, absent extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d). To the extent appellant's motion requests any other relief, including the appointment of counsel, it is denied. Appellee's brief will be due 20 days from the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).**

Judge's signature:   /s/ Laura C. Higley
                    ☒ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date:  March 13, 2014